THE HONORABLE JOHN C COUGHENOUR

____FILED ____ENTERED
____LODGED____RECEIVED

NOV 21 2003   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY



03-CV-02978-NTC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ROBERT MALONE** and **JACQUELINE MALONE**,<br><br>Plaintiffs,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC**, a foreign limited liability company and **CAPITAL ONE BANK**, a banking entity, **WELLS FARGO BANK**, a banking entity, **WELLS FARGO CARD SERVICES, INC.**, a foreign entity of unknown form,<br><br>Defendants. | CAUSE NO: C03-2978C<br><br>**NOTICE OF DISMISSAL OF WELLS FARGO BANK AND WELLS FARGO CARD SERVICES** |

TO:             Clerk of the Court

AND TO:    Capital One Bank and its attorney, Douglas Davies

AND TO:    Equifax Information Services, LLC and its attorney Bradley Miller

Pursuant to Fed. R. Civ. P. 41(a)(1), please take notice that plaintiffs Robert and Jacqueline Malone, by and through their counsel of record, Christopher E. Green hereby dismiss defendants First USA Bank, N.A. n/k/a Bank One, Delaware, N.A. and Bank One, N.A. with prejudice and

NOTICE OF DISMISSAL OF WELLS FARGO BANK AND WELLS FARGO CARD SERVICES - 1

ORIGINAL

CHRISTOPHER E. GREEN
ATTORNEY AT LAW
520 East Denny Way
Seattle, Washington 98122
(206) 325-2801 Fax: (206) 686-2558
WSBA No. 19410

without costs or attorneys fees.

Respectfully submitted,

DATED this 11 day of NOV, 2003.

*[signature]*

CHRISTOPHER E. GREEN
Attorney for Plaintiffs

On this day, the undersigned served pursuant to CR5(b) all parties that have appeared in this case with copies of this document by delivery to their attorneys of record via ABC Legal Messenger Service, Inc. or US Mail postage prepaid. I certify under penalty of perjury under the Laws of the State of Washington that the foregoing is true and correct.

Dated at Seattle, Washington this 19th day of NOV, 2003.

Signed: *[signature]*

NOTICE OF DISMISSAL OF WELLS FARGO BANK
AND WELLS FARGO CARD SERVICES - 2

CHRISTOPHER E. GREEN
ATTORNEY AT LAW
520 East Denny Way
Seattle, Washington 98122
(206) 325-2801 Fax: (206) 686-2558
WSBA No. 19410